■ In the Matter of WILLIAM M. NICHOLS, Petitioner, v MICHAEL KIRKPATRICK, as Superintendent of Clinton Correctional Facility, Respondent. [56 NYS3d 903]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier II prison disciplinary determination. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Ponder v Annucci,* 128 AD3d 1255, 1255 [2015]; *Matter of Ramos v Department of Corr. & Community Supervision,* 123 AD3d 1215, 1216 [2014]).

McCarthy, J.P., Garry, Rose, Aarons and Rumsey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.